```
 1  BALDWIN J. LEE (BAR NO. 187413)
    MICHAEL D. RYAN (BAR NO. 509905)
 2  ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
 3  Three Embarcadero Center, 12th Floor
    San Francisco, CA  94111-4074
 4  Phone: (415) 837-1515
    Fax:   (415) 837-1516
 5  E-Mail: blee@allenmatkins.com
            mdryan@allenmatkins.com
 6
    Attorneys for Defendant
 7  DTG OPERATIONS, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME JULATON, individually and on behalf of all others similar situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DTG OPERATIONS, INC., an Oklahoma corporation; DOES 1-10 inclusive,<br><br>Defendants. | Case No. 3:07-CV-02149-BZ<br><br>**SUBSTITUTION OF ATTORNEY BY DEFENDANT DTG OPERATIONS, INC. AND ~~PROPOSED~~ ORDER** |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

708441.01/SF

Case No. 3:07-CV-02149-BZ
SUBSTITUTION OF ATTORNEY

Defendant DTG OPERATIONS, INC. hereby substitutes ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP as its attorneys of record in place of LITTLER MENDELSON. Defendant respectfully requests that the Court approve this substitution.

I consent to the foregoing substitution.

Dated May 2nd, 2007

DTG OPERATIONS, INC.

By: *Jeannie C. Henry*
Print Name: Jeannie C. Henry
Title: Corporate Attorney

I consent to the foregoing substitution.

Dated: May 2, 2007

LITTLER MENDELSON

By: *Marlene Muraco*
Marlene S. Muraco

The foregoing substitution is accepted.

Dated: May 2, 2007

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

By: *Baldwin Lee*
Baldwin J. Lee

**ORDER**

The foregoing substitution is approved.

Dated: May 4, 2007

*IT IS SO ORDERED*
*Bernard Zimmerman*
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:07-CV-02149-BZ
SUBSTITUTION OF ATTORNEY

-2-