| | |
|---|---|
| 1 | BALDWIN J. LEE (BAR NO. 187413) |
| | MICHAEL D. RYAN (BAR NO. 509905) |
| 2 | KRISTEN L. MCMICHAEL (BAR NO. 193343) |
| | ALLEN MATKINS LECK GAMBLE |
| 3 |   MALLORY & NATSIS LLP |
| | Three Embarcadero Center, 12th Floor |
| 4 | San Francisco, CA  94111-4074 |
| | Phone:  (415) 837-1515 |
| 5 | Fax:  (415) 837-1516 |
| | E-Mail:  blee@allenmatkins.com |
| 6 |         mdryan@allenmatkins.com |
| |         kmcmichael@allenmatkins.com |
| 7 | |
| | Attorneys for Defendant |
| 8 | DTG OPERATIONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME JULATON, individually and on behalf of all others similarly situated, | Case No. C-07-cv-02149-BZ |
| Plaintiffs, | CLASS ACTION |
| vs. | STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE TO AUGUST 27, 2007 |
| DTG OPERATIONS, INC., an Oklahoma corporation; DOES 1-10, inclusive, | |
| Defendants. | Judge:  Hon. Bernard Zimmerman |
| | Complaint Filed: March 5, 2007 |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

717721.01/SF

Case No.  C-07-cv-02149-BZ
STIPULATION AND ORDER TO CONTINUE CMC

1  Whereas the Court has continued the Case Management Conference to August 6,
2  2007; and
3  Whereas counsel for Defendant Baldwin J. Lee has a Pre-Trial Conference in U.S.
4  District Court for the Eastern District of California on August 6, 2007 at 1:00 p.m., which
5  was set prior to the continuance of the Case Management Conference in this matter; and
6  Whereas counsel for all parties are available on August 27, 2007 at 4:00 p.m.,
7  which they understand is available for the Court;
8  Accordingly, the parties stipulate and request as follows:
9  (1) The Case Management Conference currently set for August 6, 2007 at 4:00
10 p.m. be reset to August 27, 2007 at 4:00 p.m.

11 Dated: July 30, 2007         ALLEN MATKINS LECK GAMBLE
                                 MALLORY & NATSIS LLP

                                 By: /s/ Baldwin J. Lee
                                 BALDWIN J. LEE
                                 Attorneys for Defendant
                                 DTG OPERATIONS, INC.

17 Dated: July 30, 2007         SAMUEL & SAMUEL
                                 HASSAN LAW FIRM

                                 By: /s/ Rey Hassan
                                 REY HASSAN
                                 Attorneys for Plaintiff
                                 JEROME JULATON

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

717721.01/SF

-2-
Case No. C-07-cv-02149-BZ
STIPULATION AND ORDER TO CONTINUE CMC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

The terms of the Stipulation are so ORDERED.

DATED: August 1, 2007

_____
Honorable Bernard Zimmerman
United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman

-3-
Case No. C-07-cv-02149-BZ
STIPULATION AND ORDER TO CONTINUE CMC