UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME JULATON,<br><br>        Plaintiff(s),<br><br>   v.<br><br>DTG OPERATIONS, INC.,<br><br>        Defendant(s). | No. C07-2149 BZ<br><br>**ORDER SCHEDULING FURTHER CASE MANAGEMENT CONFERENCE** |

Following the initial case management conference in this matter, and in accordance with my instruction to the parties, **IT IS ORDERED** that a further case management conference will be held on **Monday, October 1, 2007 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Case management statements are due seven (7) days prior to the Case Management Conference.

Dated: August 28, 2007

                                        Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-BZCASES\JULATON\Order Sch Further CMC.wpd

1