UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME JULATON,<br><br>      Plaintiff(s),<br><br>  v.<br><br>DTG OPERATIONS, INC.,<br><br>      Defendant(s). | No. C07-2149 BZ<br><br>**ORDER CONTINUING HEARING DATE FOR MOTION TO CERTIFY CLASS** |

**IT IS HEREBY ORDERED** that the hearing date for plaintiff's Motion to Certify Class is continued to **Wednesday, April 2, 2008 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. The Motion shall be filed in accordance with the Civil Local Rules. All other dates set forth in my October 3, 2007 Order Scheduling Jury Trial and Pretrial Matters remain unchanged.

Dated: November 27, 2007

                                            Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-BZCASES\JULATON\ORDER CONTINUING HEARING DATE FOR MOTION TO CERTIFY CLASS.wpd

1