UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME JULATION, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>DTG OPERATIONS, INC., an Oklahoma Corporation,<br><br>Defendant(s). | No. C07-2149 BZ<br><br>**CONDITIONAL ORDER OF DISMISSAL** |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **60 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: January 23, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\ARCHIVE\BZCASES.4\JULATON\COND.DISM.ord.wpd

1